# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# Fort Lauderdale Division

| | |
|---|---|
| ISIDRO SUAREZ, MARIBEL ALMAGUER, MARTHA MORO, and MARIA L. ALMAGUER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, d/b/a Mr. Cooper<br><br>    Defendant. | Case No.: |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and Local Rule 7.2, Nationstar Mortgage LLC, d/b/a Mr. Cooper ("Nationstar"), by counsel, hereby removes this action from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Fort Lauderdale Division.

Removal is proper because this Court has federal question jurisdiction over the action. *See* 28 U.S.C. § 1331. Accordingly, Nationstar removes the action to this Court, and, in support of its Notice of Removal, states the following:

### I.   STATE COURT ACTION

1. On or about December 9, 2022, Plaintiffs Isidro Suarez, Maribel Almaguer, Martha Moro, and Maria L. Almaguer, filed the Class Action Complaint against Nationstar in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2022-023438-CA-01.

2.      The Complaint alleges a violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, ("FDCPA"); and the Florida Consumer Collection Practices Act, sections 559.72(9), Florida Statutes ("FCCPA"); and Fla. Stat. 701.04.  A copy of the Complaint is attached hereto as **Exhibit A.**

3.      Nationstar has not been served with the Complaint.

4.      Nationstar denies the allegations in the Complaint, denies that Plaintiffs have stated any claim for which relief may be granted, and denies that Plaintiffs are entitled to any of the alleged damages.  Nevertheless, assuming for jurisdictional purposes only that Plaintiffs' claims are valid, Plaintiffs could have originally filed the Complaint in this Court under federal question jurisdiction because Plaintiffs allege violations of the FDCPA, a federal law.

5.      Additionally, this Court has supplemental jurisdiction over Plaintiffs' FCCPA and Fla. Stat. 701.04 claims.  *See* 28 U.S.C. § 1367.  Plaintiffs' allegations make clear that their FCCPA and Fla. Stat. 701.04 claims are so related to Nationstar's alleged violations of the FDCPA that that they form part of the same case or controversy under Article III of the United States Constitution.  Accordingly, the Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367(a).  Thus, removal of this entire case is therefore proper under 28 U.S.C. § 1331.

## II.     PROCEDURAL REQUIREMENTS

7.      This Notice of Removal is being filed within one year of the date of the commencement of the action for removal purposes.  Accordingly, the action is timely removed pursuant to 28 U.S.C. § 1446(c)(1).

8.      This Notice of Removal is being filed within 30 days of service of the Complaint on Nationstar.  This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

9. This action is properly removed to this Court, as the State Court action is pending within this district and division. 28 U.S.C. § 1441(a).

10. Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is accompanied by copies of the following materials, which encompass all state court filings:

    a. **Exhibit A – Complaint**

    b. **Exhibit B – Civil Cover Sheet**

11. Simultaneously with the filing of this Notice of Removal, Nationstar is filing a Notice of Filing of Notice of Removal in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal, without Exhibit A, is attached hereto as **Exhibit C**.

### III. FEDERAL QUESTION JURISDICTION

12. This Court has original jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. § 1331, which states that federal question jurisdiction is appropriately exercised over "all civil actions arising under the Constitution, laws, or treaties of the United States."

13. Removal of this action is proper under 28 U.S.C. § 1441(a), which provides, in relevant part, that "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

14. In the Complaint, Plaintiffs claim Nationstar violated FDCPA §§ 1692e and 1692f. Therefore, federal question jurisdiction exists over this action because Plaintiffs' allegations involve questions that will require resolution of significant, disputed issues arising under federal law.

15. Accordingly, this case qualifies for federal question jurisdiction and is removable because Plaintiffs' Complaint alleges facts constituting a violation of, and requires a ruling on, the FDCPA.

### IV.   VENUE

16. This district and division encompass the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, the forum from which this case has been removed. *See* 28 U.S.C. § 89(c).

17. As of the date of this removal, Nationstar has not filed a responsive pleading to the Complaint. Nationstar reserves all rights to assert any and all defenses to the Complaint.

18. Nationstar reserves the right to amend or supplement this Notice of Removal.

19. If any questions arise as to the propriety of the removal of this action, Nationstar requests the opportunity to present a brief and argument in support of its position that this case is removable.

WHEREFORE, Defendant Nationstar hereby removes this action to this Court and seek all other relief as this Court deems equitable and just.

Dated: January 11, 2023                           Respectfully submitted,

/s/ *Hallie S. Evans*
Hallie S. Evans
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Fla. Bar #309028
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308-2216
Telephone: (470) 832-5580
Primary Email: hallie.evans@troutman.com
Secondary Email:
christina.hill@troutman.com
Attorney for Defendant, Nationstar Mortgage LLC d/b/a Mr. Cooper

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2023, a true and correct copy of the foregoing **Notice of Removal** was filed electronically via the Court's system.  Notice of this filing will also be served on the counsel for Plaintiff via first class mail and electronically.

Bruce Botsford<br>
2524 Flamingo Lane<br>
Ft. Lauderdale, Florida 33312<br>
E-Mail: service@botsfordlegal.com<br>
botslaw@gmail.com

*Hallie S. Evans*
Hallie S. Evans

137626764